IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVIN TUCKER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SEJONG ALABAMA, LLC, )<br>SEJONG GEORGIA, LLC, )<br>)<br>Defendants. ) | Case No. 2:11-cv-268-MEF |

**<u>ORDER</u>**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #73) to the Recommendation of the Magistrate Judge filed on May 14, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #72) filed on May 4, 2012 is adopted;

3. Defendants' Motion for Summary Judgment (Doc. #48) is GRANTED and this case is DISMISSED.

DONE this the 25th day of June, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE