IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVIN TUCKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEJONG ALABAMA, LLC, & )<br>SEJONG GEORGIA, LLC, )<br>)<br>Defendants. ) | CASE NO. 2:11-cv-268-MEF<br>(WO – Do Not Publish) |

## **ORDER**

Upon consideration of Defendants' Motion for Costs (Doc. #76) filed on June 27, 2012, it is hereby ORDERED that Defendants' motion is DENIED without prejudice, as this motion is premature while Plaintiff's appeal is pending.

DONE this the 11th day of December, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE